**No. 48338.**—Protests 955279–G of Atlas Marine Supply Co. et al. (Los Angeles).

Opinion by WALKER, J. It was stipulated that the merchandise in question is similar in all material respects to that the subject of *Atlas Marine Supply Co.* v. *United States* (29 C. C. P. A. 20, C. A. D. 165). In accordance therewith it was held entitled to free entry as claimed.